

# NUMBER 13-25-00047-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ANTONIO VILLEDA AND
ANTONIO VILLEDA LAW GROUP,                          Appellants,

v.

RENE ANGEL HERNANDEZ,                                    Appellee.

---

## ON APPEAL FROM THE PROBATE COURT
## OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Chief Justice Tijerina

This cause is before the Court on appellants' motion to dismiss this appeal. This Court severed appellants' attempted appeal of the "Plea in the Abatement, Motion to Stay Proceedings, and in the Alternative for Continuance" from cause number 13-25-00040-CV into cause number 13-25-00047-CV. On February 4, 2025, the Clerk of the Court

informed appellants that said appeal was not an appealable order and that the appeal was subject to dismissal if the defect was not cured within ten days. Appellants did not cure the defect, and there is no final appealable order currently before the Court.

Appellants then filed this motion to dismiss. Appellee did not file a response. We hereby grant appellants' motion to dismiss this appeal, and we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a). Costs will be taxed against appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Accordingly, this appeal is hereby dismissed.[1] *See id.* 42.3. Having dismissed the appeal pursuant to appeallants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
6th day of March, 2025.

---

[1] We deny appellants' pending emergency motion to stay the trial court proceedings as moot.